**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWHEEN BRYANT, T.E., K.E., and Ka.E., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SACRAMENTO POLICE DEPARTMENT, SACRAMENTO POLICE DETECTIVE JASPERSON IN HIS OFFICIAL AND PERSONAL/INDIVIDUAL CAPACITY, SACRAMENTO POLICE OFFICER J, KISER IN HIS OFFICIAL AND PERSONAL/INDIVIDUAL CAPACITY, AND DOES 1-100, inclusive, <br><br> Defendants | Case No. 2:14-CV-02706 MCE CKD <br><br> **ORDER** |

///
///
///
///
///
///
///

1 | Pursuant to signed stipulation of the parties filed June 25, 2015 (ECF No. 13), this action is DISMISSED with prejudice. The Clerk of the Court is directed to close this action.

Dated: June 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT